AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
EASTERN District of NEW YORK

United States of America )
v. ) Case No. 23-CR-197(JS)(AYS)
NANCY MARKS )
Defendant )

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 10/5/23

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 05 2023 ★
LONG ISLAND OFFICE

X _____
Defendant's signature

_____
Signature of defendant's attorney

RAYMOND PERINI
Printed name of defendant's attorney

_____
Judge's signature

Joanna Seybert
Judge's printed name and title