**PERINI & HOERGER**

ATTORNEYS AT LAW 1770
MOTOR PARKWAY
SUITE 300

RAYMOND G. PERINI          ISLANDIA, NEW YORK 11749          (631)232-2224
MAUREEN S. HOERGER                                                  FAX (631)232-234

February 15, 2024

Hon. Joanna Seybert
United States District Court
Eastern District of New York
Federal Courthouse
Federal Plaza
Central Islip, NY 11720          re: **United States v. Marks**
                                                    23-CR-197

Dear Judge Seybert,

We write to request the court modify Ms. Mark's bail conditions to permit her to drive to Delaware on March 1 and return on March 3, 2024 to visit family friends.

The occasion is the 10th anniversary of her friend George Glew's liver transplant. Mr. and Ms. Glew are planning a small celebration. As Ms. Mark's daughter was born with liver cancer, she and Mr. Glew (who is her godfather) are particularly close. It would mean a lot to her to be able to attend. They would be staying at the Glew home, 71 W. Deer Trail Road, Clayton, DE

Ms. Sanchez from pre-trial services has no objection nor does AUSA Harris.

                                                                  Sincerely,

                                                               PERINI & HOERGER

                                                               MAUREEN S. HOERGER