**PERINI & HOERGER**

ATTORNEYS AT LAW 1770
MOTOR PARKWAY
SUITE 300
ISLANDIA, NEW YORK 11749

RAYMOND G. PERINI  
MAUREEN S. HOERGER

(631)232-2224  
FAX (631)232-234

February 15, 2024

Hon. Joanna Seybert  
United States District Court  
Eastern District of New York  
Federal Courthouse  
Federal Plaza  
Central Islip, NY 11720

F I L E D  
IN CLERK'S OFFICE  
U.S. DISTRICT COURT E.D.N.Y.  
★ FEB 1 6 2024 ★  
LONG ISLAND OFFICE

re: **United States v. Marks**  
**23-CR-197**

Dear Judge Seybert,

We write to request the court modify Ms. Mark's bail conditions to permit her to drive to Delaware on March 1 and return on March 3, 2024 to visit family friends.

The occasion is the 10th anniversary of her friend George Glew's liver transplant. Mr. and Ms. Glew are planning a small celebration. As Ms. Mark's daughter was born with liver cancer, she and Mr. Glew (who is her godfather) are particularly close. It would mean a lot to her to be able to attend. They would be staying at the Glew home, 71 W. Deer Trail Road, Clayton, DE

Ms. Sanchez from pre-trial services has no objection nor does AUSA Harris.

Sincerely,

PERINI & HOERGER

MAUREEN S. HOERGER

SO ORDERED:  
/s/ Joanna Seybert, USDJ  
Dated: 2-16-24  
Central Islip, NY