**PERINI & HOERGER**
ATTORNEYS AT LAW
1770 MOTOR PARKWAY
SUITE 300
ISLANDIA, NEW YORK 11749

**RAYMOND G. PERINI**
**MAUREEN S. HOERGER**

(631)232-2224
FAX (631)232-2344

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 04 2024 ★

LONG ISLAND OFFICE

February 27, 2024

Hon. Joanna Seybert
United States District Court
Eastern District of New York
Federal Plaza
Central Islip, New York

re: **United States v. Marks**
    **23-cr-197**

Dear Judge Seybert,

Please consider this letter a motion to adjourn the upcoming sentencing hearing in the above-referenced matter. The sentencing hearing is currently scheduled for April 12, 2024, and we ask that it be adjourned for approximately seven months until mid-November. At the Court's request, we also ask that preparation of Ms. Marks' presentence investigation report be held in abeyance. The government consents to this request.

Thank you for your assistance in this regard.

Sincerely,
PERINI & HOERGER

MAUREEN S. HOERGER

Cc: AUSA Zuckerwise et al by ecf

It is hereby ordered that the U.S. Probation Department hold the preparation of the Presentence Investigation Report in **ABEYANCE** until further notice from this Court. It is further ordered that Sentencing, currently set for 4/12/2024, is adjourned and a control date is set for **11/12/2024 at 3:00 PM**.

**SO ORDERED**:

_____ 3/4/23
Joanna Seybert, Senior U.S.D.J.