# PERINI & HOERGER
### ATTORNEYS AT LAW
### 1770 MOTOR PARKWAY
### SUITE 300
### ISLANDIA, NEW YORK 11749

**RAYMOND G. PERINI**  
**MAUREEN S. HOERGER**

(631)232-2224  
FAX  (631)232-2344

Hon. Joanna Seybert  
United States District Court  
Eastern District of New York  
Federal Court House  
Central Islip, New York 11722

June 25, 2025

Dear Judge Seybert ,       re: **United States v. Nancy Marks**  
                                  **Dkt. No 23-CR- 197**

We write to request the return of Ms. Marks' passport, which is expired. It was surrendered to Pre-Trial Services as part of her bail conditions. According to the letter from Pre-Trial the court can order it either returned to sent to the probation department.

I have consulted with AUSA Bagnuola and the government defers to probation regarding this. P.O. Ragogna has no objection to the return.

On a second matter, after reviewing Ms. Marks budget and income, P.O. Ragogna and Ms. Marks agree that $500 a month restitution would be available from her funds. If the court is amenable to this, we request that it order a figure of $500 per month until such time as her financial condition changes.

Thank you for your consideration of these matters.

                                        Sincerely,  
                                        PERINI & H0ERGER

                                        MAUREEN S. HOERGER

cc. AUSA Anthony Bagnuola by ECF.  
P, O. Ragogna by email