F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★    JUN 2 4 2025    ★

## PERINI & HOERGER

ATTORNEYS AT LAW
1770 MOTOR PARKWAY
SUITE 300
ISLANDIA, NEW YORK 11749

LONG ISLAND OFFICE

RAYMOND G. PERINI
MAUREEN S. HOERGER

FAX

(631)232-2224
(631)232-2344

Hon. Joanna Seybert
United States District Court
Eastern District of New York
Federal Court House
Central Islip, New York 11722

June 25, 2025

Dear Judge Seybert ,

re: **United States v. Nancy Marks**
**Dkt. No 23-CR- 197**

We write to request the return of Ms. Marks' passport, which is expired. It was surrendered to Pre-Trial Services as part of her bail conditions. According to the letter from Pre-Trial the court can order it either returned to sent to the probation department.

I have consulted with AUSA Bagnuola and the government defers to probation regarding this. P.O. Ragogna has no objection to the return.

On a second matter, after reviewing Ms. Marks budget and income, P.O. Ragogna and Ms. Marks agree that $500 a month restitution would be available from her funds. If the court is amenable to this, we request that it order a figure of $500 per month until such time as her financial condition changes.

Thank you for your consideration of these matters.

Sincerely,
PERINI & H0ERGER

MAUREEN S. HOERGER

Defendant's applications are GRANTED
cc. AUSA Anthony Bagnuola by ECF. Return of passport +$500 month Restitution
P, O. Ragogna by email

SO ORDERED:

/s/ Joanna Seybert
Joanna Seybert, USDJ
Dated: 6-25-2025
Central Islip, NY